# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 26, 2025

## NO. 03-23-00845-CV

**Rob McCready, Appellant**

**v.**

**Joel Mayor and Beth Mayor, Appellees**

## APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES TRIANA, KELLY, AND CRUMP
### REVERSED AND RENDERED -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on December 13, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and renders judgment consistent with the Court's opinion. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.